U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 14 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CARLTON TURNER | CIVIL ACTION NO. 13-cv-2818 |
| VERSUS | JUDGE WALTER |
| DAVID THOMAS, ET AL | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 50)** and Defendants' **Motion for Summary Judgment (Doc. 59)** are **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of August, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE